| Form 668(Y)CM (Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS NOTICE OF TAX LIEN UNDER CNMI TAX LAWS | |
|---|---|---|
| District Saipan | Serial Number 20070003TLM | For Optional Use by Recording Office |

As provided by 4 CMC §1811 and Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax and 4 CMC §1701 et.seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

FILED
Clerk
District Court

FEB 12 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Additional: MC 05 00141
File #05-3105

**Name of Taxpayer**
L.V.P. Pacific Development Corporation

**Residence**
P.O. Box 503800, Saipan MP 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT 6325(a).

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 03/31/2006 | 99-0007619 | 05/13/2006 | 06/12/2016 | 6224.17 |
| OS-3105G | 06/30/2006 | 99-0007619 | 09/11/2006 | 10/11/2016 | 3900.20 |

Place of Filing: Commonwealth Recorder's Office
US District Court

Total $10,124.37

This notice was prepared and signed at Division of Revenue and Taxation, on this, the 08th day of February, 2007.

Signature: *Estrellita S. Ada* 2/12/07

Title: Director, Division of Revenue & Taxation

On this 12th day of February, 20 07, before me, a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

LAURA S. TENORIO
Notary
Commonwealth of the Northern Mariana Islands
My Commission expires on the

Commission Expires: _____

Form 668(Y)CM (Rev. 6-94)